USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3-24-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND WRIGHT,

                Plaintiff,

- against -

HAROLD BELAFONTE, et al.,

                Defendants.

**MEMORANDUM OPINION**

**12 Civ. 7580 (GBD) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

Before the Court is Plaintiff Raymond Wright's ("Wright") motion in limine for an order barring Defendants from filing a 2012 paperback version of *My Song* as an exhibit to their motions to dismiss, or, alternatively, requiring Defendants to supplement any filing of the 2012 paperback version with the book jacket of the 2011 hardcover version of *My Song*, or the entire 2011 hardcover version. (Docket No. 33.) Wright also asks the Court to order Defendants to file other versions of *My Song*, including the other 2012 paperback version, the "large print" version, and to provide access to the e-book version. (*Id.*) Wright bases his motion on the argument that the 2012 paperback version will prejudice him in the eyes of the jury: "As proffered by the defendants, as an evidentiary exhibit, [the 2012 paperback version] will be prejudicial to this plaintiff without being useful to the jury that has been requested for this case." (Pl. Mem. Of Law in Supp. Of Mot. in Limine (Pl. Mem.), at 4.) Wright's motion raises an evidentiary matter for trial, not a discovery dispute. The motion is **DENIED.**

**SO ORDERED this 24th day of March 2014**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge